UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  KEITH CROSATO  　　　　　　　　　　　　　CHAPTER 13
　　　　VICTORIA CROSATO　　　　　　　　　　　　CASE NO. 15-51910
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE PHILLIP J. SHEFFERLY
Debtors.
_____/

ORDER CONFIRMING PLAN

　　　　The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
　　　　Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
　　　　IT IS FURTHER ORDERED that the claim of  MARK E. STERN & ASSOCIATES, P.L.L.C., Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $  2,980.00   in fees and $  -0-   in expenses, and that the portion of such claim which has not already been paid, to-wit: $  2,400.00   shall be paid by the Trustee as an administrative expense of this case.
　　　　IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
　　　　All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
　　　　IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[x]　The Debtor shall remit   -0-  % of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.

[x]　The Debtor's Plan shall continue for no less than   60   months.

[x ]　The Debtor's Plan payments shall be increased to $328.00 per week effective the   12th    day of  January, 2016.

[x]　Other:  Any future amounts received by Debtor from his prior workers compensation claim and any amounts received from his personal injury lawsuit shall be paid into the Plan. Debtor reserves the right to seek to retain any funds as reasonably necessary and will file motion to approve.

APPROVED:　　　　　　　　　　OBJECTIONS WITHDRAWN:　　　　APPROVED:

/s/Krispen S. Carroll　　　　　_____　　　　　　/s/  Mark E. Stern
KRISPEN S. CARROLL (P49817)　　　　　　　　　　　　　　　　MARK E. STERN  (P25328)
CHAPTER 13 TRUSTEE　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR
719 Griswold, Suite 2100　　　　　　　　　　　　　　　　　　1815 Ford Avenue
Detroit, MI 48226　　　　　　　　　　　　　　　　　　　　　Wyandotte, MI 48192
(313) 962-5035　　　　　　　　　　　　　　　　　　　　　　(734) 282-2888
notice@det13ksc.com　　　　　　　　　　　　　　　　　　　 Email: MaSte994@aol.com

.

**Signed on January 20, 2016**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phillip J. Shefferly
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Phillip J. Shefferly**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**